IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON
EUGENE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>)<br>v. )<br>)<br>ALVARO RAMIREZ-BALDENEBRO, )<br>)<br>Defendant. )<br>_____ ) | Cr. No. 07-60031-HO<br><br>ORDER |

On November 15, 2010, the court denied defendant's petition for 28 U.S.C. § 2255 relief because an appeal challenging defendant's sentence and conviction is pending in the Ninth Circuit Court of Appeals. On December 6, 2010, defendant filed a motion to request adjudication of his section 2255 petition indicating that his appellate counsel has withdrawn. However, a review of the docket for the Ninth Circuit case, Case Number 09-30269, indicates that the appeal has not been

dismissed and thus is still pending. Moreover, there is no current section 2255 motion before this court. Accordingly, defendants' motion (#108) is denied.

DATED this   13th   day of January, 2011.

                                                         s/ Michael R. Hogan
                                               United States District Judge